

**LAW OFFICES OF**
**JACQUELINE E. CISTARO**

325 Broadway · Suite 505 · New York, NY 10007 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

February 14, 2023

**SUBMITTED ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Re: United States v. Gennie Harrison, 21 Cr. 190 (JPO)*

Dear Judge Oetken:

I represent Gennie Harrison in the above-referenced matter and write on behalf of all defendants with the exception of Johnny Roman. Since Mr. Roman's counsel filed a motion to be relieved and the defendants are awaiting a decision by the government with regard to our counter-plea offers, we respectfully request an adjournment of the trial scheduled for April 5, 2023. Additionally, we request a new pretrial motion schedule as our motions are due Friday, February 17, 2023. The government consents to this request. The defendants consent to excludable time.

For the Court's convenience, we have included a "So Ordered" line should the Court grant our request. Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline E. Cistaro

Granted. The jury trial previously scheduled to begin on April 3, 2023 is hereby adjourned to a date to be set a the next conference. The April 17, 2023 pretrial motion deadline is also adjourned.
The next conference will take place on March 20, 2023, at 2:30 pm, with all defendants.
The Court hereby excludes time under the Speedy Trial Act through March 20, 2023, finding that the ends of justice outweigh the best interests of the public and the defendants in a speedy trial.
So ordered: 2/16/2023

_____
J. PAUL OETKEN
United States District Judge